**Electronically Filed
Supreme Court
SCWC-30712
24-APR-2012
09:24 AM**

NO. SCWC-30712

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

HENRY MOISA, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30712; CR. NO. 08-1-1000)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.
and Circuit Judge To'oto'o, in place of Duffy, J., recused)

Petitioner/Defendant-Appellant's application for writ

of certiorari filed on March 13, 2012, is hereby rejected.

DATED: Honolulu, Hawai'i, April 24, 2012.

Daphne E. Barbee for
petitioner/defendant-appellant
on the application

Donn Fudo, Deputy Prosecuting
Attorney, for respondent/
plaintiff-appellee on the
response

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Fa'auuga To'oto'o

